IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SUBSCRIBERS 1-12, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER DENYING [8] PRO SE MOTION TO QUASH** <br><br> Case No. 2:19-cv-00430-DN <br><br> District Judge David Nuffer |

On June 27, 2019, Plaintiff was authorized[1] to serve subpoenas on Comcast Cable to obtain identifying and contact information for the Internet Subscriber Defendants. Plaintiff alleges that these Defendants infringed Plaintiff's copyright in the motion picture *Hunter Killer* "by using the internet to reproduce or copy, distribute or otherwise make available for distribution to the public *Hunter Killer* except pursuant to a lawful license or with the express authority of Plaintiff."[2]

One of the individuals identified by Comcast filed the *Pro Se* Motion to Quash the subpoena (the "Motion").[3] However, the Motion does not provide an appropriate basis or reason under Federal Rule of Civil Procedure 45 to quash or modify the subpoena. In the absence of a recognized basis under the Federal Rules of Civil Procedure to quash or modify the subpoena served on Comcast, the Motion must be denied.

---

[1] Order Granting [3] Ex Parte Motion for Limited Discovery, docket no. 6, filed June 27, 2019.

[2] Complaint at 16–17, docket no. 2, filed June 21, 2019.

[3] *Pro Se* Motion to Quash, docket no. 8, filed July 25, 2019.

IT IS HEREBY ORDERED that the Motion[4] is DENIED.

Signed July 31, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[4] *Id.*